EXHIBIT C

| US6487528 | Eagle Eye Security Camera VMS ("The accused product") |
| --- | --- |
| 1. Method for encoding at least one of audio and video frame data for which encoding parameters are required, including the following steps: | The accused product discloses a method for encoding at least one of audio and video frame data for which encoding parameters are required. On information and belief, Defendant performs all steps of claim 1 or, alternatively, to the extent a customer performs any step, Defendant conditions the customer's use of the Defendant's accused product on the performance of that step as disclosed herein. For example, on information and belief, a customer cannot use the features of the accused product as described in this claim chart without performance of the steps recited in this claim. By providing the accused product as disclosed herein, Defendant also controls the manner and/or timing of the functionality described in this claim chart. In other words, for a customer to utilize the functionality described in this claim chart, the steps of this claim must be performed in the manner described herein. Without performance of the steps as described herein, the Defendant's functionality will not be available to customers.<br><br>The accused product uses H.264 video coding standard (hereinafter referred to as "The standard"). It has various encoding parameters such as quantization, entropy, block size, type of coding, profile etc.<br><br>**Overview**<br>The Eagle Eye Security Camera Video Management System (VMS) is a cloud-based service that replaces traditional DVRs and NVRs. The system is completely based on a modern redundant cloud architecture that provides a Web Browser based interface and comprehensive mobile applications for iOS and Android.<br>The Eagle Eye Security Camera VMS is utilized for traditional security applications such as securing buildings, properties, apartment complexes, factories, critical infrastructure, police stations, retail stores, and restaurant chains. However, it is used for many applications related to "business optimization" as well. Business Optimization is the use of the video to make a business or service run better, more reliably, more efficiently, or with better customer service. The retail applications relate to the perfection of retail displays, the sales process, training of employees, compliance with safety rules, and many more applications.<br>The Eagle Eye Security Camera VMS is built on the Eagle Eye Video Platform. The Eagle Eye Video Platform provides simple modern API access to live and recorded video from the cameras as well as all of the attached data of motion, tags, objects, and activity. These APIs are used to develop custom user interfaces, custom analysis applications for safety, motion, and other summary reports. The APIs are also used for creating integrations with external systems for monitoring, and analysis. The APIs are also used for development of custom user interfaces both in the mobile and web browser arenas.<br><br>https://www.een.com/wp-content/uploads/2016/02/Eagle-Eye-User-Manual-20151105-1.pdf |

| | |
|---|---|
| | **Overview**<br>The Eagle Eye Security Camera Video Management System (VMS) is a cloud-based service that replaces traditional DVRs and NVRs. The system is completely based on a modern redundant cloud architecture that provides a Web Browser based interface and comprehensive mobile applications for iOS and Android.<br>https://www.een.com/wp-content/uploads/2016/02/Eagle-Eye-User-Manual-20151105-1.pdf<br><br>**FULL VIDEO RECORDING**<br>**Resolution**: Resolution that will be used for full frame rate H.264 recording.<br>**Quality**: Controls the compression rate on the H.264 recording. We recommend Low or Medium.<br>**Bit Rate**: Also controls the compression rate of the video recording. The setting depends greatly on the camera. We recommend leaving this at its default value.<br>**Transmit Mode**: Controls when the Full Video is sent to the cloud data center. **Always** means that the Video is immediately sent to the cloud. This mode requires the largest upload bandwidth. We do not recommend it. **Event** means the Video is sent to the cloud when motion or another events occur. Once again, bandwidth must be available to use this mode. **Background** means that the Video is only sent when Bandwidth is available on the schedule for the Bridge. **On Demand** means that the Video is only sent to the cloud when someone is watching it or requesting it. The recommended value is **Background**.<br>**Record When**: Sets when the Full Video is recorded. Normally recording is only done when there is motion, but you can also select to do full recording all the time. If you set to **Always**, you will need at minimum double the amount of upload bandwidth. We recommend **EVENT**. Keep in mind the preview video is always recorded. The most efficient use of bandwidth is to use **EVENT**. This also helps to find video of interest more quickly.<br><br>https://www.een.com/wp-content/uploads/2016/02/Eagle-Eye-User-Manual-20151105-1.pdf |




Figure 9-7 – Flowchart for encoding a decision

Source: PDF of the H.264 standard

| | |
|---|---|
| | <br><br>**Figure 9-8 – Flowchart of renormalization in the encoder**<br>Source: PDF of the H.264 standard |




**Figure 9-11 – Flowchart of encoding a decision before termination**

When the value of binVal to encode is equal to 1, CABAC encoding is terminated and the flushing procedure shown in Figure 9-12 is applied. In this flushing procedure, the last bit written by WriteBits( B, N ) is equal to 1. When encoding end_of_slice_flag, this last bit is interpreted as the rbsp_stop_one_bit.



**Figure 9-12 – Flowchart of flushing at termination**

Source: PDF of the H.264 standard

| | |
|---|---|
| | **2 How does an H.264 codec work ?**<br><br>An H.264 video encoder carries out prediction, transform and encoding processes (see Figure 1) to produce a compressed H.264 bitstream. An H.264 video decoder carries out the complementary processes of decoding, inverse transform and reconstruction to produce a decoded video sequence.<br><br>**2.1 Encoder processes**<br><br>Prediction<br><br>The encoder processes a frame of video in units of a **Macroblock** (16x16 displayed pixels). It forms a **prediction** of the macroblock based on previously-coded data, either from the current frame (**intra** prediction) or from other frames that have already been coded and transmitted (**inter** prediction). The encoder subtracts the prediction from the current macroblock to form a **residual**[1].<br><br>The prediction methods supported by H.264 are more flexible than those in previous standards, enabling accurate predictions and hence efficient video compression. Intra prediction uses 16x16 and 4x4 block sizes to predict the macroblock from surrounding, previously-coded pixels within the same frame (Figure 2).<br><br><br><br><br>https://www.vcodex.com/an-overview-of-h264-advanced-video-coding/ |

| | |
|---|---|
| | **pre_slice_header_src**, **pre_ref_lists_src**, **pre_pred_weight_table_src** and **pre_dec_ref_pic_marking_src** specify if the respective syntax elements are present in the slice header, and, if not, the slice header from which the values of the respective syntax elements are taken as specified in Table J-1 and Table J-2.<br><br>When a syntax element has an inferred value in the slice header from which its value is taken according to Table J-1 and Table J-2, the syntax element value in the current slice header is equal to this inferred value. When a syntax element is not present and has no inferred value in the slice header from which its value is taken according to Table J-1 and Table J-2, the syntax element is inferred to be absent in the current slice header.<br><br>pre_slice_header_src shall not be equal to 0.<br><br>When ViewCompOrder( DepthFlag, view_id ) is smaller than ViewCompOrder( !DepthFlag, view_id ), pre_slice_header_src, pre_ref_lists_src, pre_pred_weight_table_src and pre_dec_ref_pic_marking_src shall not be equal to 2.<br><br>**Table J-1 – Respective syntax elements for pre_slice_header_src, pre_ref_lists_src, pre_pred_weight_table_src and pre_dec_ref_pic_marking_src** |

| Prediction indication syntax element | Respective syntax elements |
|---|---|
| pre_slice_header_src | colour_plane_id, frame_num, field_pic_flag, bottom_field_flag, idr_pic_id, pic_order_cnt_lsb, delta_pic_order_cnt_bottom, delta_pic_order_cnt[ 0 ], delta_pic_order_cnt[ 1 ], redundant_pic_cnt, direct_spatial_mv_pred_flag, cabac_init_idc, sp_for_switch_flag, slice_qs_delta, disable_deblocking_filter_idc, slice_alpha_c0_offset_div2, slice_beta_offset_div2, slice_group_change_cycle, depth_weighted_pred_flag, dmvp_flag, slice_vsp_flag, dps_id |
| pre_ref_lists_src | num_ref_idx_active_override_flag, num_ref_idx_l0_active_minus1, num_ref_idx_l1_active_minus1 and reference picture list modification syntax table |
| pre_pred_weight_table_src | pred_weight_table( ) syntax structure |
| pre_dec_ref_pic_marking_src | dec_ref_pic_marking( ) syntax structure |

Source: PDF of the H.264 standard

**7.3.4 Slice data syntax**

| slice_data( ) { | C | Descriptor |
|---|---|---|
| if( entropy_coding_mode_flag ) | | |
| while( !byte_aligned( ) ) | | |
| **cabac_alignment_one_bit** | 2 | f(1) |
| CurrMbAddr = first_mb_in_slice * ( 1 + MbaffFrameFlag ) | | |
| moreDataFlag = 1 | | |
| prevMbSkipped = 0 | | |
| do { | | |
| if( slice_type != I && slice_type != SI ) | | |
| if( !entropy_coding_mode_flag ) { | | |
| **mb_skip_run** | 2 | ue(v) |
| prevMbSkipped = ( mb_skip_run > 0 ) | | |
| for( i=0; i<mb_skip_run; i++ ) | | |
| CurrMbAddr = NextMbAddress( CurrMbAddr ) | | |
| if( mb_skip_run > 0 ) | | |
| moreDataFlag = more_rbsp_data( ) | | |
| } else { | | |
| **mb_skip_flag** | 2 | ae(v) |
| moreDataFlag = !mb_skip_flag | | |
| } | | |

Source: PDF of the H.264 standard

| | 7.3.2.1.1 Sequence parameter set data syntax |
|---|---|

| seq_parameter_set_data( ) { | C | Descriptor |
|---|---|---|
| **profile_idc** | 0 | u(8) |
| **constraint_set0_flag** | 0 | u(1) |
| **constraint_set1_flag** | 0 | u(1) |
| **constraint_set2_flag** | 0 | u(1) |
| **constraint_set3_flag** | 0 | u(1) |
| **constraint_set4_flag** | 0 | u(1) |
| **constraint_set5_flag** | 0 | u(1) |
| **reserved_zero_2bits** /* equal to 0 */ | 0 | u(2) |
| **level_idc** | 0 | u(8) |
| **seq_parameter_set_id** | 0 | ue(v) |
| if( profile_idc = = 100 \|\| profile_idc = = 110 \|\| profile_idc = = 122 \|\| profile_idc = = 244 \|\| profile_idc = = 44 \|\| profile_idc = = 83 \|\| profile_idc = = 86 \|\| profile_idc = = 118 \|\| profile_idc = = 128 \|\| profile_idc = = 138 \|\| profile_idc = = 139 \|\| profile_idc = = 134 \|\| profile_idc = = 135 ) { | | |
| **chroma_format_idc** | 0 | ue(v) |
| if( chroma_format_idc = = 3 ) | | |
| **separate_colour_plane_flag** | 0 | u(1) |
| **bit_depth_luma_minus8** | 0 | ue(v) |
| **bit_depth_chroma_minus8** | 0 | ue(v) |
| **qpprime_y_zero_transform_bypass_flag** | 0 | u(1) |
| **seq_scaling_matrix_present_flag** | 0 | u(1) |
| if( seq_scaling_matrix_present_flag ) | | |
| for( i = 0; i < ( ( chroma_format_idc != 3 ) ? 8 : 12 ); i++ ) { | | |
| **seq_scaling_list_present_flag[ i ]** | 0 | u(1) |
| if( seq_scaling_list_present_flag[ i ] ) | | |
| if( i < 6 ) | | |
| scaling_list( ScalingList4x4[ i ], 16, UseDefaultScalingMatrix4x4Flag[ i ] ) | 0 | |
| else | | |
| scaling_list( ScalingList8x8[ i − 6 ], 64, UseDefaultScalingMatrix8x8Flag[ i − 6 ] ) | 0 | |

Source: PDF of the H.264 standard

| | |
|---|---|
| | **A.3.2 Level limits common to the High, Progressive High, Constrained High, High 10, Progressive High 10, High 4:2:2, High 4:4:4 Predictive, High 10 Intra, High 4:2:2 Intra, High 4:4:4 Intra, and CAVLC 4:4:4 Intra profiles**<br><br>Bitstreams conforming to the High, Progressive High, Constrained High, High 10, Progressive High 10, High 4:2:2, High 4:4:4 Predictive, High 10 Intra, High 4:2:2 Intra, High 4:4:4 Intra, or CAVLC 4:4:4 Intra profiles at a specified level shall obey the following constraints:<br><br>a) The nominal removal time of access unit n (with n > 0) from the CPB as specified in clause C.1.2, satisfies the constraint that $t_{r,n}( n ) - t_r( n - 1 )$ is greater than or equal to Max( PicSizeInMbs ÷ MaxMBPS, fR ), where MaxMBPS is the value specified in Table A-1 that applies to picture n − 1, and PicSizeInMbs is the number of macroblocks in picture n − 1.<br><br>b) The difference between consecutive output times of pictures from the DPB as specified in clause C.2.2, satisfies the constraint that $\Delta t_{o,dpb}( n )$ >= Max( PicSizeInMbs ÷ MaxMBPS, fR ), where MaxMBPS is the value specified in Table A-1 for picture n, and PicSizeInMbs is the number of macroblocks of picture n, provided that picture n is a picture that is output and is not the last picture of the bitstream that is output.<br><br>c) PicWidthInMbs * FrameHeightInMbs <= MaxFS, where MaxFS is specified in Table A-1<br><br>Source: PDF of the H.264 standard |
| linking the required encoding parameters at the input of the processing with frames of said at least one of audio and video data to be encoded; | The standard discloses linking the required encoding parameters (e.g., block size, entropy coding, quantization along with data present in slice etc.) at the input of the processing with frames of said at least one of audio and video data to be encoded. |

| | |
|---|---|
| | **3.27** **coded frame**: A *coded representation* of a *frame*.<br><br>**3.28** **coded picture**: A *coded representation* of a *picture*. A coded picture may be either a *coded field* or a *coded frame*. Coded picture is a collective term referring to a *primary coded picture* or a *redundant coded picture*, but not to both together.<br><br>**3.29** **coded picture buffer (CPB)**: A first-in first-out buffer containing *access units* in *decoding order* specified in the *hypothetical reference decoder* in Annex C.<br><br>**3.30** **coded representation**: A data element as represented in its coded form.<br><br>**3.31** **coded slice data partition NAL unit**: A *NAL unit* containing a *slice data partition*.<br><br>**3.32** **coded slice NAL unit**: A *NAL unit* containing a *slice* that is not a *slice* of an *auxiliary coded picture*.<br><br>**3.33** **coded video sequence**: A sequence of *access units* that consists, in decoding order, of an *IDR access unit* followed by zero or more non-IDR *access units* including all subsequent *access units* up to but not including any subsequent *IDR access unit*.<br><br>**3.34** **component**: An array or single sample from one of the three arrays (*luma* and two *chroma*) that make up a *field* or *frame* in 4:2:0, 4:2:2, or 4:4:4 colour format or the array or a single sample of the array that make up a *field* or *frame* in monochrome format.<br><br>Source: PDF of the H.264 standard |

| | |
|---|---|
| | **3.76** **inverse transform**: A part of the *decoding process* by which a set of *transform coefficients* are converted into spatial-domain values, or by which a set of *transform coefficients* are converted into *DC transform coefficients*.<br><br>**3.77** **layer**: One of a set of syntactical structures in a non-branching hierarchical relationship. Higher layers contain lower layers. The coding layers are the *coded video sequence*, *picture*, *slice*, and *macroblock* layers.<br><br>**3.78** **level**: A defined set of constraints on the values that may be taken by the *syntax elements* and variables of this Recommendation \| International Standard. The same set of levels is defined for all *profiles*, with most aspects of the definition of each level being in common across different *profiles*. Individual implementations may, within specified constraints, support a different level for each supported *profile*. In a different context, a level is the value of a *transform coefficient* prior to *scaling* (see the definition of *transform coefficient level*).<br><br>**3.79** **list:** A one-dimensional array of *syntax elements* or variables.<br><br>**3.80** **list 0 (list 1) motion vector**: A *motion vector* associated with a *reference index* pointing into *reference picture list 0* (*list 1*).<br><br>**3.81** **list 0 (list 1) prediction**: *Inter prediction* of the content of a *slice* using a *reference index* pointing into *reference picture list 0* (*list 1*).<br><br>**3.82** **local coordinate axes**: coordinate axes having a specified rotation relationship relative to the *global coordinate axes*.<br><br>**3.83** **luma**: An adjective specifying that a sample array or single sample is representing the monochrome signal related to the primary colours. The symbol or subscript used for luma is Y or L.<br><br>NOTE – The term luma is used rather than the term luminance in order to avoid the implication of the use of linear light transfer characteristics that is often associated with the term luminance. The symbol L is sometimes used instead of the symbol Y to avoid confusion with the symbol y as used for vertical location.<br><br>**3.84** **macroblock**: A 16x16 *block* of *luma* samples and two corresponding *blocks* of *chroma* samples of a *picture* that has three sample arrays, or a 16x16 *block* of samples of a monochrome *picture* or a *picture* that is coded using three separate colour planes. The division of a *slice* or a *macroblock pair* into macroblocks is a *partitioning*.<br><br>Source: PDF of the H.264 standard |

| | |
|---|---|
| | **3.88** **macroblock pair**: A pair of vertically contiguous *macroblocks* in a *frame* that is coupled for use in *macroblock-adaptive frame/field decoding*. The division of a *slice* into macroblock pairs is a *partitioning*.<br><br>**3.89** **macroblock partition**: A *block* of *luma* samples and two corresponding *blocks* of *chroma* samples resulting from a *partitioning* of a *macroblock* for *inter prediction* for a *picture* that has three sample arrays or a *block* of *luma* samples resulting from a *partitioning* of a *macroblock* for *inter prediction* for a monochrome *picture* or a *picture* that is coded using three separate colour planes.<br><br>**3.90** **macroblock to slice group map**: A means of mapping *macroblocks* of a *picture* into *slice groups*. The macroblock to slice group map consists of a list of numbers, one for each coded *macroblock*, specifying the *slice group* to which each coded *macroblock* belongs.<br><br>**3.91** **map unit to slice group map**: A means of mapping *slice group map units* of a *picture* into *slice groups*. The map unit to slice group map consists of a list of numbers, one for each *slice group map unit*, specifying the *slice group* to which each coded *slice group map unit* belongs.<br><br>Source: PDF of the H.264 standard<br><br>**9.3 CABAC parsing process for slice data**<br><br>This process is invoked when parsing syntax elements with descriptor ae(v) in clauses 7.3.4 and 7.3.5 when entropy_coding_mode_flag is equal to 1.<br><br>Inputs to this process are a request for a value of a syntax element and values of prior parsed syntax elements.<br><br>Output of this process is the value of the syntax element.<br><br>When starting the parsing of the slice data of a slice in clause 7.3.4, the initialization process of the CABAC parsing process is invoked as specified in clause 9.3.1.<br><br>The parsing of syntax elements proceeds as follows.<br><br>For each requested value of a syntax element a binarization is derived as described in clause 9.3.2.<br><br>Source: PDF of the H.264 standard |




**Figure 9-11 – Flowchart of encoding a decision before termination**

When the value of binVal to encode is equal to 1, CABAC encoding is terminated and the flushing procedure shown in Figure 9-12 is applied. In this flushing procedure, the last bit written by WriteBits( B, N ) is equal to 1. When encoding end_of_slice_flag, this last bit is interpreted as the rbsp_stop_one_bit.



**Figure 9-12 – Flowchart of flushing at termination**

Source: PDF of the H.264 standard

| | |
|---|---|
| | **pre_slice_header_src**, **pre_ref_lists_src**, **pre_pred_weight_table_src** and **pre_dec_ref_pic_marking_src** specify if the respective syntax elements are present in the slice header, and, if not, the slice header from which the values of the respective syntax elements are taken as specified in Table J-1 and Table J-2.<br><br>When a syntax element has an inferred value in the slice header from which its value is taken according to Table J-1 and Table J-2, the syntax element value in the current slice header is equal to this inferred value. When a syntax element is not present and has no inferred value in the slice header from which its value is taken according to Table J-1 and Table J-2, the syntax element is inferred to be absent in the current slice header.<br><br>pre_slice_header_src shall not be equal to 0.<br><br>When ViewCompOrder( DepthFlag, view_id ) is smaller than ViewCompOrder( !DepthFlag, view_id ), pre_slice_header_src, pre_ref_lists_src, pre_pred_weight_table_src and pre_dec_ref_pic_marking_src shall not be equal to 2. |

**Table J-1 – Respective syntax elements for pre_slice_header_src, pre_ref_lists_src, pre_pred_weight_table_src and pre_dec_ref_pic_marking_src**

| Prediction indication syntax element | Respective syntax elements |
|---|---|
| pre_slice_header_src | colour_plane_id, frame_num, field_pic_flag, bottom_field_flag, idr_pic_id, pic_order_cnt_lsb, delta_pic_order_cnt_bottom, delta_pic_order_cnt[ 0 ], delta_pic_order_cnt[ 1 ], redundant_pic_cnt, direct_spatial_mv_pred_flag, cabac_init_idc, sp_for_switch_flag, slice_qs_delta, disable_deblocking_filter_idc, slice_alpha_c0_offset_div2, slice_beta_offset_div2, slice_group_change_cycle, depth_weighted_pred_flag, dmvp_flag, slice_vsp_flag, dps_id |
| pre_ref_lists_src | num_ref_idx_active_override_flag, num_ref_idx_l0_active_minus1, num_ref_idx_l1_active_minus1 and reference picture list modification syntax table |
| pre_pred_weight_table_src | pred_weight_table( ) syntax structure |
| pre_dec_ref_pic_marking_src | dec_ref_pic_marking( ) syntax structure |

Source: PDF of the H.264 standard

**7.3.4 Slice data syntax**

| slice_data( ) { | C | Descriptor |
|---|---|---|
| if( entropy_coding_mode_flag ) | | |
| while( !byte_aligned( ) ) | | |
| **cabac_alignment_one_bit** | 2 | f(1) |
| CurrMbAddr = first_mb_in_slice * ( 1 + MbaffFrameFlag ) | | |
| moreDataFlag = 1 | | |
| prevMbSkipped = 0 | | |
| do { | | |
| if( slice_type != I && slice_type != SI ) | | |
| if( !entropy_coding_mode_flag ) { | | |
| **mb_skip_run** | 2 | ue(v) |
| prevMbSkipped = ( mb_skip_run > 0 ) | | |
| for( i=0; i<mb_skip_run; i++ ) | | |
| CurrMbAddr = NextMbAddress( CurrMbAddr ) | | |
| if( mb_skip_run > 0 ) | | |
| moreDataFlag = more_rbsp_data( ) | | |
| } else { | | |
| **mb_skip_flag** | 2 | ae(v) |
| moreDataFlag = !mb_skip_flag | | |
| } | | |

Source: PDF of the H.264 standard

| | 7.3.2.1.1 Sequence parameter set data syntax<br><br>(table reproduced below)<br><br>Source: PDF of the H.264 standard |
|---|---|

**7.3.2.1.1 Sequence parameter set data syntax**

| seq_parameter_set_data( ) { | C | Descriptor |
|---|---|---|
| **profile_idc** | 0 | u(8) |
| **constraint_set0_flag** | 0 | u(1) |
| **constraint_set1_flag** | 0 | u(1) |
| **constraint_set2_flag** | 0 | u(1) |
| **constraint_set3_flag** | 0 | u(1) |
| **constraint_set4_flag** | 0 | u(1) |
| **constraint_set5_flag** | 0 | u(1) |
| **reserved_zero_2bits** /* equal to 0 */ | 0 | u(2) |
| **level_idc** | 0 | u(8) |
| **seq_parameter_set_id** | 0 | ue(v) |
| if( profile_idc == 100 \|\| profile_idc == 110 \|\| profile_idc == 122 \|\| profile_idc == 244 \|\| profile_idc == 44 \|\| profile_idc == 83 \|\| profile_idc == 86 \|\| profile_idc == 118 \|\| profile_idc == 128 \|\| profile_idc == 138 \|\| profile_idc == 139 \|\| profile_idc == 134 \|\| profile_idc == 135 ) { | | |
| **chroma_format_idc** | 0 | ue(v) |
| if( chroma_format_idc == 3 ) | | |
| **separate_colour_plane_flag** | 0 | u(1) |
| **bit_depth_luma_minus8** | 0 | ue(v) |
| **bit_depth_chroma_minus8** | 0 | ue(v) |
| **qpprime_y_zero_transform_bypass_flag** | 0 | u(1) |
| **seq_scaling_matrix_present_flag** | 0 | u(1) |
| if( seq_scaling_matrix_present_flag ) | | |
| for( i = 0; i < ( ( chroma_format_idc != 3 ) ? 8 : 12 ); i++ ) { | | |
| **seq_scaling_list_present_flag[ i ]** | 0 | u(1) |
| if( seq_scaling_list_present_flag[ i ] ) | | |
| if( i < 6 ) | | |
| scaling_list( ScalingList4x4[ i ], 16, UseDefaultScalingMatrix4x4Flag[ i ] ) | 0 | |
| else | | |
| scaling_list( ScalingList8x8[ i − 6 ], 64, UseDefaultScalingMatrix8x8Flag[ i − 6 ] ) | 0 | |

Source: PDF of the H.264 standard

| | |
|---|---|
| | The following semantics are assigned to the macroblock types in Table 7-11:<br>– I_NxN: A mnemonic name for mb_type equal to 0 with MbPartPredMode( mb_type, 0 ) equal to Intra_4x4 or Intra_8x8.<br>– I_16x16_0_0_0, I_16x16_1_0_0, I_16x16_2_0_0, I_16x16_3_0_0, I_16x16_0_1_0, I_16x16_1_1_0, I_16x16_2_1_0, I_16x16_3_1_0, I_16x16_0_2_0, I_16x16_1_2_0, I_16x16_2_2_0, I_16x16_3_2_0, I_16x16_0_0_1, I_16x16_1_0_1, I_16x16_2_0_1, I_16x16_3_0_1, I_16x16_0_1_1, I_16x16_1_1_1, I_16x16_2_1_1, I_16x16_3_1_1, I_16x16_0_2_1, I_16x16_1_2_1, I_16x16_2_2_1, I_16x16_3_2_1: the macroblock is coded as an Intra_16x16 prediction macroblock.<br>To each Intra_16x16 prediction macroblock, an Intra16x16PredMode is assigned, which specifies the Intra_16x16 prediction mode, and values of CodedBlockPatternLuma and CodedBlockPatternChroma are assigned as specified in Table 7-11.<br>Intra_4x4 specifies the macroblock prediction mode and specifies that the Intra_4x4 prediction process is invoked as specified in clause 8.3.1. Intra_4x4 is an Intra macroblock prediction mode.<br>Intra_8x8 specifies the macroblock prediction mode and specifies that the Intra_8x8 prediction process is invoked as specified in clause 8.3.2. Intra_8x8 is an Intra macroblock prediction mode.<br>Intra_16x16 specifies the macroblock prediction mode and specifies that the Intra_16x16 prediction process is invoked as specified in clause 8.3.3. Intra_16x16 is an Intra macroblock prediction mode.<br>Source: PDF of the H.264 standard |

| | |
|---|---|
| | Figure 3.27 shows a pixel X that is to be encoded. If the frame is processed in raster order, then pixels A, B and C in the current and previous rows are available in both the encoder<br><br><br>**Figure 3.27** Spatial prediction (DPCM)<br><br>**42** The H.264 Advanced Video Compression Standard<br><br>and the decoder since these should already have been decoded before X. The encoder forms a prediction for X based on some combination of previously coded pixels, subtracts this prediction from X and encodes the residual, the result of the subtraction. The decoder forms the same prediction and adds the decoded residual to reconstruct the pixel.<br>https://www.wiley.com/en-gb/The+H+264+Advanced+Video+Compression+Standard%2C+2nd+Edition-p-9780470516928 |

| | |
|---|---|
| | **A.3.2 Level limits common to the High, Progressive High, Constrained High, High 10, Progressive High 10, High 4:2:2, High 4:4:4 Predictive, High 10 Intra, High 4:2:2 Intra, High 4:4:4 Intra, and CAVLC 4:4:4 Intra profiles**<br><br>Bitstreams conforming to the High, Progressive High, Constrained High, High 10, Progressive High 10, High 4:2:2, High 4:4:4 Predictive, High 10 Intra, High 4:2:2 Intra, High 4:4:4 Intra, or CAVLC 4:4:4 Intra profiles at a specified level shall obey the following constraints:<br><br>a) The nominal removal time of access unit n (with n > 0) from the CPB as specified in clause C.1.2, satisfies the constraint that $t_{r,n}( n ) - t_r( n - 1 )$ is greater than or equal to Max( PicSizeInMbs ÷ MaxMBPS, fR ), where MaxMBPS is the value specified in Table A-1 that applies to picture n − 1, and PicSizeInMbs is the number of macroblocks in picture n − 1.<br><br>b) The difference between consecutive output times of pictures from the DPB as specified in clause C.2.2, satisfies the constraint that $\Delta t_{o,dpb}( n )$ >= Max( PicSizeInMbs ÷ MaxMBPS, fR ), where MaxMBPS is the value specified in Table A-1 for picture n, and PicSizeInMbs is the number of macroblocks of picture n, provided that picture n is a picture that is output and is not the last picture of the bitstream that is output.<br><br>c) PicWidthInMbs * FrameHeightInMbs <= MaxFS, where MaxFS is specified in Table A-1<br><br>Source: PDF of the H.264 standard |
| keeping the required encoding parameters linked throughout different subsequent stages in the encoding processing, wherein in each of theses stages the corresponding encoding parameters linked with current frame data to be processed are regarded in order to allow switching of the encoding parameters for any frame thereby avoiding encoding of | The standard discloses keeping the required encoding parameters (e.g., block size, entropy coding, quantization, type of prediction model to be used along with data present in slice etc.) linked throughout different subsequent stages in the encoding processing, wherein in each of these stages the corresponding encoding parameters linked with current frame data to be processed are regarded in order to allow switching of the encoding parameters for any frame thereby avoiding encoding of invalid output data without reset.<br><br>As shown below, each frame/macroblock is encoded according to linked parameter like block size, quantization, profile type, entropy coding etc. All the different stages such as quantization, entropy coding etc. encode data according to the linked parameters, and whenever a new frame/macroblock arrives, parameters are switched accordingly without any reset. |

| | |
|---|---|
| invalid output data without reset. | **3.27** **coded frame**: A *coded representation* of a *frame*.<br>**3.28** **coded picture**: A *coded representation* of a *picture*. A coded picture may be either a *coded field* or a *coded frame*. Coded picture is a collective term referring to a *primary coded picture* or a *redundant coded picture*, but not to both together.<br>**3.29** **coded picture buffer (CPB)**: A first-in first-out buffer containing *access units* in *decoding order* specified in the *hypothetical reference decoder* in Annex C.<br>**3.30** **coded representation**: A data element as represented in its coded form.<br>**3.31** **coded slice data partition NAL unit**: A *NAL unit* containing a *slice data partition*.<br>**3.32** **coded slice NAL unit**: A *NAL unit* containing a *slice* that is not a *slice* of an *auxiliary coded picture*.<br>**3.33** **coded video sequence**: A sequence of *access units* that consists, in decoding order, of an *IDR access unit* followed by zero or more non-IDR *access units* including all subsequent *access units* up to but not including any subsequent *IDR access unit*.<br>**3.34** **component**: An array or single sample from one of the three arrays (*luma* and two *chroma*) that make up a *field* or *frame* in 4:2:0, 4:2:2, or 4:4:4 colour format or the array or a single sample of the array that make up a *field* or *frame* in monochrome format.<br>Source: PDF of the H.264 standard |

| | |
|---|---|
| | **3.76** **inverse transform**: A part of the *decoding process* by which a set of *transform coefficients* are converted into spatial-domain values, or by which a set of *transform coefficients* are converted into *DC transform coefficients*.<br><br>**3.77** **layer**: One of a set of syntactical structures in a non-branching hierarchical relationship. Higher layers contain lower layers. The coding layers are the *coded video sequence*, *picture*, *slice*, and *macroblock* layers.<br><br>**3.78** **level**: A defined set of constraints on the values that may be taken by the *syntax elements* and variables of this Recommendation \| International Standard. The same set of levels is defined for all *profiles*, with most aspects of the definition of each level being in common across different *profiles*. Individual implementations may, within specified constraints, support a different level for each supported *profile*. In a different context, a level is the value of a *transform coefficient* prior to *scaling* (see the definition of *transform coefficient level*).<br><br>**3.79** **list:** A one-dimensional array of *syntax elements* or variables.<br><br>**3.80** **list 0 (list 1) motion vector**: A *motion vector* associated with a *reference index* pointing into *reference picture list 0* (*list 1*).<br><br>**3.81** **list 0 (list 1) prediction**: *Inter prediction* of the content of a *slice* using a *reference index* pointing into *reference picture list 0* (*list 1*).<br><br>**3.82** **local coordinate axes**: coordinate axes having a specified rotation relationship relative to the *global coordinate axes*.<br><br>**3.83** **luma**: An adjective specifying that a sample array or single sample is representing the monochrome signal related to the primary colours. The symbol or subscript used for luma is Y or L.<br><br>NOTE – The term luma is used rather than the term luminance in order to avoid the implication of the use of linear light transfer characteristics that is often associated with the term luminance. The symbol L is sometimes used instead of the symbol Y to avoid confusion with the symbol y as used for vertical location.<br><br>**3.84** **macroblock**: A 16x16 *block* of *luma* samples and two corresponding *blocks* of *chroma* samples of a *picture* that has three sample arrays, or a 16x16 *block* of samples of a monochrome *picture* or a *picture* that is coded using three separate colour planes. The division of a *slice* or a *macroblock pair* into macroblocks is a *partitioning*.<br><br>Source: PDF of the H.264 standard |

| | |
|---|---|
| | **3.88** **macroblock pair**: A pair of vertically contiguous *macroblocks* in a *frame* that is coupled for use in *macroblock-adaptive frame/field decoding*. The division of a *slice* into macroblock pairs is a *partitioning*.<br><br>**3.89** **macroblock partition**: A *block* of *luma* samples and two corresponding *blocks* of *chroma* samples resulting from a *partitioning* of a *macroblock* for *inter prediction* for a *picture* that has three sample arrays or a *block* of *luma* samples resulting from a *partitioning* of a *macroblock* for *inter prediction* for a monochrome *picture* or a *picture* that is coded using three separate colour planes.<br><br>**3.90** **macroblock to slice group map**: A means of mapping *macroblocks* of a *picture* into *slice groups*. The macroblock to slice group map consists of a list of numbers, one for each coded *macroblock*, specifying the *slice group* to which each coded *macroblock* belongs.<br><br>**3.91** **map unit to slice group map**: A means of mapping *slice group map units* of a *picture* into *slice groups*. The map unit to slice group map consists of a list of numbers, one for each *slice group map unit*, specifying the *slice group* to which each coded *slice group map unit* belongs.<br><br>Source: PDF of the H.264 standard<br><br>**9.3 CABAC parsing process for slice data**<br><br>This process is invoked when parsing syntax elements with descriptor ae(v) in clauses 7.3.4 and 7.3.5 when entropy_coding_mode_flag is equal to 1.<br><br>Inputs to this process are a request for a value of a syntax element and values of prior parsed syntax elements.<br><br>Output of this process is the value of the syntax element.<br><br>When starting the parsing of the slice data of a slice in clause 7.3.4, the initialization process of the CABAC parsing process is invoked as specified in clause 9.3.1.<br><br>The parsing of syntax elements proceeds as follows.<br><br>For each requested value of a syntax element a binarization is derived as described in clause 9.3.2.<br><br>Source: PDF of the H.264 standard |




**Figure 9-11 – Flowchart of encoding a decision before termination**

When the value of binVal to encode is equal to 1, CABAC encoding is terminated and the flushing procedure shown in Figure 9-12 is applied. In this flushing procedure, the last bit written by WriteBits( B, N ) is equal to 1. When encoding end_of_slice_flag, this last bit is interpreted as the rbsp_stop_one_bit.



**Figure 9-12 – Flowchart of flushing at termination**

Source: PDF of the H.264 standard

| | |
|---|---|
| | **pre_slice_header_src**, **pre_ref_lists_src**, **pre_pred_weight_table_src** and **pre_dec_ref_pic_marking_src** specify if the respective syntax elements are present in the slice header, and, if not, the slice header from which the values of the respective syntax elements are taken as specified in Table J-1 and Table J-2.<br><br>When a syntax element has an inferred value in the slice header from which its value is taken according to Table J-1 and Table J-2, the syntax element value in the current slice header is equal to this inferred value. When a syntax element is not present and has no inferred value in the slice header from which its value is taken according to Table J-1 and Table J-2, the syntax element is inferred to be absent in the current slice header.<br><br>pre_slice_header_src shall not be equal to 0.<br><br>When ViewCompOrder( DepthFlag, view_id ) is smaller than ViewCompOrder( !DepthFlag, view_id ), pre_slice_header_src, pre_ref_lists_src, pre_pred_weight_table_src and pre_dec_ref_pic_marking_src shall not be equal to 2. |

**Table J-1 – Respective syntax elements for pre_slice_header_src, pre_ref_lists_src, pre_pred_weight_table_src and pre_dec_ref_pic_marking_src**

| Prediction indication syntax element | Respective syntax elements |
|---|---|
| pre_slice_header_src | colour_plane_id, frame_num, field_pic_flag, bottom_field_flag, idr_pic_id, pic_order_cnt_lsb, delta_pic_order_cnt_bottom, delta_pic_order_cnt[ 0 ], delta_pic_order_cnt[ 1 ], redundant_pic_cnt, direct_spatial_mv_pred_flag, cabac_init_idc, sp_for_switch_flag, slice_qs_delta, disable_deblocking_filter_idc, slice_alpha_c0_offset_div2, slice_beta_offset_div2, slice_group_change_cycle, depth_weighted_pred_flag, dmvp_flag, slice_vsp_flag, dps_id |
| pre_ref_lists_src | num_ref_idx_active_override_flag, num_ref_idx_l0_active_minus1, num_ref_idx_l1_active_minus1 and reference picture list modification syntax table |
| pre_pred_weight_table_src | pred_weight_table( ) syntax structure |
| pre_dec_ref_pic_marking_src | dec_ref_pic_marking( ) syntax structure |

Source: PDF of the H.264 standard

| | 7.3.4 **Slice data syntax** |
|---|---|

| slice_data( ) { | C | Descriptor |
|---|---|---|
| if( entropy_coding_mode_flag ) | | |
| while( !byte_aligned( ) ) | | |
| **cabac_alignment_one_bit** | 2 | f(1) |
| CurrMbAddr = first_mb_in_slice * ( 1 + MbaffFrameFlag ) | | |
| moreDataFlag = 1 | | |
| prevMbSkipped = 0 | | |
| do { | | |
| if( slice_type != I && slice_type != SI ) | | |
| if( !entropy_coding_mode_flag ) { | | |
| **mb_skip_run** | 2 | ue(v) |
| prevMbSkipped = ( mb_skip_run > 0 ) | | |
| for( i=0; i<mb_skip_run; i++ ) | | |
| CurrMbAddr = NextMbAddress( CurrMbAddr ) | | |
| if( mb_skip_run > 0 ) | | |
| moreDataFlag = more_rbsp_data( ) | | |
| } else { | | |
| **mb_skip_flag** | 2 | ae(v) |
| moreDataFlag = !mb_skip_flag | | |
| } | | |

Source: PDF of the H.264 standard

| | 7.3.2.1.1 Sequence parameter set data syntax<br><br>(see table below)<br><br>Source: PDF of the H.264 standard |
|---|---|

**7.3.2.1.1 Sequence parameter set data syntax**

| seq_parameter_set_data( ) { | C | Descriptor |
|---|---|---|
| **profile_idc** | 0 | u(8) |
| **constraint_set0_flag** | 0 | u(1) |
| **constraint_set1_flag** | 0 | u(1) |
| **constraint_set2_flag** | 0 | u(1) |
| **constraint_set3_flag** | 0 | u(1) |
| **constraint_set4_flag** | 0 | u(1) |
| **constraint_set5_flag** | 0 | u(1) |
| **reserved_zero_2bits** /* equal to 0 */ | 0 | u(2) |
| **level_idc** | 0 | u(8) |
| **seq_parameter_set_id** | 0 | ue(v) |
| if( profile_idc = = 100 \|\| profile_idc = = 110 \|\| profile_idc = = 122 \|\| profile_idc = = 244 \|\| profile_idc = = 44 \|\| profile_idc = = 83 \|\| profile_idc = = 86 \|\| profile_idc = = 118 \|\| profile_idc = = 128 \|\| profile_idc = = 138 \|\| profile_idc = = 139 \|\| profile_idc = = 134 \|\| profile_idc = = 135 ) { | | |
| **chroma_format_idc** | 0 | ue(v) |
| if( chroma_format_idc = = 3 ) | | |
| **separate_colour_plane_flag** | 0 | u(1) |
| **bit_depth_luma_minus8** | 0 | ue(v) |
| **bit_depth_chroma_minus8** | 0 | ue(v) |
| **qpprime_y_zero_transform_bypass_flag** | 0 | u(1) |
| **seq_scaling_matrix_present_flag** | 0 | u(1) |
| if( seq_scaling_matrix_present_flag ) | | |
| for( i = 0; i < ( ( chroma_format_idc != 3 ) ? 8 : 12 ); i++ ) { | | |
| **seq_scaling_list_present_flag[ i ]** | 0 | u(1) |
| if( seq_scaling_list_present_flag[ i ] ) | | |
| if( i < 6 ) | | |
| scaling_list( ScalingList4x4[ i ], 16, UseDefaultScalingMatrix4x4Flag[ i ] ) | 0 | |
| else | | |
| scaling_list( ScalingList8x8[ i − 6 ], 64, UseDefaultScalingMatrix8x8Flag[ i − 6 ] ) | 0 | |

Source: PDF of the H.264 standard

| | |
|---|---|
| | The following semantics are assigned to the macroblock types in Table 7-11:<br>– I_NxN: A mnemonic name for mb_type equal to 0 with MbPartPredMode( mb_type, 0 ) equal to Intra_4x4 or Intra_8x8.<br>– I_16x16_0_0_0, I_16x16_1_0_0, I_16x16_2_0_0, I_16x16_3_0_0, I_16x16_0_1_0, I_16x16_1_1_0, I_16x16_2_1_0, I_16x16_3_1_0, I_16x16_0_2_0, I_16x16_1_2_0, I_16x16_2_2_0, I_16x16_3_2_0, I_16x16_0_0_1, I_16x16_1_0_1, I_16x16_2_0_1, I_16x16_3_0_1, I_16x16_0_1_1, I_16x16_1_1_1, I_16x16_2_1_1, I_16x16_3_1_1, I_16x16_0_2_1, I_16x16_1_2_1, I_16x16_2_2_1, I_16x16_3_2_1: the macroblock is coded as an Intra_16x16 prediction macroblock.<br>To each Intra_16x16 prediction macroblock, an Intra16x16PredMode is assigned, which specifies the Intra_16x16 prediction mode, and values of CodedBlockPatternLuma and CodedBlockPatternChroma are assigned as specified in Table 7-11.<br>Intra_4x4 specifies the macroblock prediction mode and specifies that the Intra_4x4 prediction process is invoked as specified in clause 8.3.1. Intra_4x4 is an Intra macroblock prediction mode.<br>Intra_8x8 specifies the macroblock prediction mode and specifies that the Intra_8x8 prediction process is invoked as specified in clause 8.3.2. Intra_8x8 is an Intra macroblock prediction mode.<br>Intra_16x16 specifies the macroblock prediction mode and specifies that the Intra_16x16 prediction process is invoked as specified in clause 8.3.3. Intra_16x16 is an Intra macroblock prediction mode.<br>Source: PDF of the H.264 standard |

| | |
|---|---|
| | Figure 3.27 shows a pixel X that is to be encoded. If the frame is processed in raster order, then pixels A, B and C in the current and previous rows are available in both the encoder <br><br><br>**Figure 3.27** Spatial prediction (DPCM)<br><br>**42** The H.264 Advanced Video Compression Standard<br><br>and the decoder since these should already have been decoded before X. The encoder forms a prediction for X based on some combination of previously coded pixels, subtracts this prediction from X and encodes the residual, the result of the subtraction. The decoder forms the same prediction and adds the decoded residual to reconstruct the pixel.<br>https://www.wiley.com/en-gb/The+H+264+Advanced+Video+Compression+Standard%2C+2nd+Edition-p-9780470516928 |

| | |
|---|---|
| | **A.3.2 Level limits common to the High, Progressive High, Constrained High, High 10, Progressive High 10, High 4:2:2, High 4:4:4 Predictive, High 10 Intra, High 4:2:2 Intra, High 4:4:4 Intra, and CAVLC 4:4:4 Intra profiles**<br><br>Bitstreams conforming to the High, Progressive High, Constrained High, High 10, Progressive High 10, High 4:2:2, High 4:4:4 Predictive, High 10 Intra, High 4:2:2 Intra, High 4:4:4 Intra, or CAVLC 4:4:4 Intra profiles at a specified level shall obey the following constraints:<br><br>a) The nominal removal time of access unit n (with n > 0) from the CPB as specified in clause C.1.2, satisfies the constraint that $t_{r,n}( n ) - t_r( n - 1 )$ is greater than or equal to Max( PicSizeInMbs ÷ MaxMBPS, fR ), where MaxMBPS is the value specified in Table A-1 that applies to picture n − 1, and PicSizeInMbs is the number of macroblocks in picture n − 1.<br><br>b) The difference between consecutive output times of pictures from the DPB as specified in clause C.2.2, satisfies the constraint that $\Delta t_{o,dpb}( n )$ >= Max( PicSizeInMbs ÷ MaxMBPS, fR ), where MaxMBPS is the value specified in Table A-1 for picture n, and PicSizeInMbs is the number of macroblocks of picture n, provided that picture n is a picture that is output and is not the last picture of the bitstream that is output.<br><br>c) PicWidthInMbs * FrameHeightInMbs <= MaxFS, where MaxFS is specified in Table A-1<br><br>Source: PDF of the H.264 standard |
| 5. Method for decoding at least one of audio and video frame data for which decoding parameters are required, including the following steps: | The accused product discloses a method for decoding of video frame data for which decoding parameters (e.g., bit rate, quantization) are required. The accused instrumentality provides to its customer videos using H.264 Codec (also referred to as AVC or advanced video coding). H.264 Codecs (coding & decoding) make use of ITU H.264 standard (hereinafter referred to as "The standard").<br><br>On information and belief, Defendant performs all steps of claim 1 or, alternatively, to the extent a customer performs any step, Defendant conditions the customer's use of the Defendant's accused product on the performance of that step as disclosed herein. For example, on information and belief, a customer cannot use the features of the accused product as described in this claim chart without performance of the steps recited in this claim. By providing the accused product as disclosed herein, Defendant also controls the manner and/or timing of the functionality described in this claim chart. In other words, for a customer to utilize the functionality described in this claim chart, the steps of this claim must be performed in the manner described herein. Without performance of the steps as described herein, the Defendant's functionality will not be available to customers. |

## Overview

The Eagle Eye Security Camera Video Management System (VMS) is a cloud-based service that replaces traditional DVRs and NVRs. The system is completely based on a modern redundant cloud architecture that provides a Web Browser based interface and comprehensive mobile applications for iOS and Android.

The Eagle Eye Security Camera VMS is utilized for traditional security applications such as securing buildings, properties, apartment complexes, factories, critical infrastructure, police stations, retail stores, and restaurant chains. However, it is used for many applications related to "business optimization" as well. Business Optimization is the use of the video to make a business or service run better, more reliably, more efficiently, or with better customer service. The retail applications relate to the perfection of retail displays, the sales process, training of employees, compliance with safety rules, and many more applications.

The Eagle Eye Security Camera VMS is built on the Eagle Eye Video Platform. The Eagle Eye Video Platform provides simple modern API access to live and recorded video from the cameras as well as all of the attached data of motion, tags, objects, and activity. These APIs are used to develop custom user interfaces, custom analysis applications for safety, motion, and other summary reports. The APIs are also used for creating integrations with external systems for monitoring, and analysis. The APIs are also used for development of custom user interfaces both in the mobile and web browser arenas.

https://www.een.com/wp-content/uploads/2016/02/Eagle-Eye-User-Manual-20151105-1.pdf

## Overview

The Eagle Eye Security Camera Video Management System (VMS) is a cloud-based service that replaces traditional DVRs and NVRs. The system is completely based on a modern redundant cloud architecture that provides a Web Browser based interface and comprehensive mobile applications for iOS and Android.

https://www.een.com/wp-content/uploads/2016/02/Eagle-Eye-User-Manual-20151105-1.pdf

| | |
|---|---|
| | **FULL VIDEO RECORDING**<br>**Resolution**: Resolution that will be used for full frame rate H.264 recording.<br>**Quality**: Controls the compression rate on the H.264 recording. We recommend Low or Medium.<br>**Bit Rate**: Also controls the compression rate of the video recording. The setting depends greatly on the camera. We recommend leaving this at its default value.<br>**Transmit Mode**: Controls when the Full Video is sent to the cloud data center. **Always** means that the Video is immediately sent to the cloud. This mode requires the largest upload bandwidth. We do not recommend it. **Event** means the Video is sent to the cloud when motion or another events occur. Once again, bandwidth must be available to use this mode. **Background** means that the Video is only sent when Bandwidth is available on the schedule for the Bridge. **On Demand** means that the Video is only sent to the cloud when someone is watching it or requesting it. The recommended value is **Background**.<br>**Record When**: Sets when the Full Video is recorded. Normally recording is only done when there is motion, but you can also select to do full recording all the time. If you set to **Always**, you will need at minimum double the amount of upload bandwidth. We recommend **EVENT**. Keep in mind the preview video is always recorded. The most efficient use of bandwidth is to use **EVENT**. This also helps to find video of interest more quickly.<br><br>https://www.een.com/wp-content/uploads/2016/02/Eagle-Eye-User-Manual-20151105-1.pdf |

| | ITU-T<br><br>TELECOMMUNICATION STANDARDIZATION SECTOR OF ITU<br><br>**H.264** (06/2019)<br><br>SERIES H: AUDIOVISUAL AND MULTIMEDIA SYSTEMS<br><br>Infrastructure of audiovisual services – Coding of moving video<br><br>**Advanced video coding for generic audiovisual services**<br><br>Source: PDF of the H.264 standard |
|---|---|

| | |
|---|---|
| | **1 What is H.264 ?**<br><br>H.264 is an industry standard for video compression, the process of converting digital video into a format that takes up less capacity when it is stored or transmitted. Video compression (or video coding) is an essential technology for applications such as digital television, DVD-Video, mobile TV, videoconferencing and internet video streaming. Standardising video compression makes it possible for products from different manufacturers (e.g. encoders, decoders and storage media) to inter-operate. An **encoder** converts video into a compressed format and a **decoder** converts compressed video back into an uncompressed format.<br>https://www.vcodex.com/an-overview-of-h264-advanced-video-coding/<br><br>**2 How does an H.264 codec work ?**<br><br>An H.264 video encoder carries out prediction, transform and encoding processes (see Figure 1) to produce a compressed H.264 bitstream. An H.264 video decoder carries out the complementary processes of decoding, inverse transform and reconstruction to produce a decoded video sequence.<br>https://www.vcodex.com/an-overview-of-h264-advanced-video-coding/ |

| | **2.2 Decoder processes**<br><br>**Bitstream decoding**<br><br>A video decoder receives the compressed H.264 bitstream, decodes each of the syntax elements and extracts the information described above (quantized transform coefficients, prediction information, etc). This information is then used to reverse the coding process and recreate a sequence of video images.<br><br>Rescaling and inverse transform<br><br>The quantized transform coefficients are **re-scaled**. Each coefficient is multiplied b an integer value to restore its original scale2. An inverse transform combines the standard basis patterns, eighted by the re- scaled coefficients, to re-create each block of residual data. These blocks are combined together to form a residual macroblock.<br><br>**Reconstruction**<br><br>For each macroblock, the decoder forms an identical prediction to the one created by the encoder. The decoder adds the prediction to the decoded residual to **reconstruct** a decoded macroblock which can then be displayed as part of a video frame.<br><br>https://www.vcodex.com/an-overview-of-h264-advanced-video-coding/<br><br>**decoding process**: The process specified in this Recommendation \| International Standard that reads a *bitstream* and derives *decoded pictures* from it.<br><br>**direct prediction**: An *inter prediction* for a *block* for which no *motion vector* is decoded. Two direct *prediction* modes are specified that are referred to as spatial direct *prediction* and temporal *prediction* mode.<br>Source: PDF of the accused standard |
|---|---|

| | |
|---|---|
| | **decoded picture**: A *decoded picture* is derived by decoding a *coded picture*. A *decoded picture* is either a decoded *frame*, or a decoded *field*. A decoded *field* is either a decoded *top field* or a decoded *bottom field*.<br><br>**decoded picture buffer (DPB)**: A buffer holding *decoded pictures* for reference, output reordering, or output delay specified for the *hypothetical reference decoder* in Annex C.<br><br>**decoder**: An embodiment of a *decoding process*.<br>Source: PDF of the accused standard<br><br>**6.2 Source, decoded, and output picture formats**<br><br>This subclause specifies the relationship between source and decoded frames and fields that is given via the bitstream.<br><br>The video source that is represented by the bitstream is a sequence of either or both frames or fields (called collectively pictures) in decoding order.<br><br>The source and decoded pictures (frames or fields) are each comprised of three sample arrays, one luma and two chroma sample arrays.<br><br>The variable ChromaFormatFactor is specified in Table 6-1, depending on the chroma format sampling structure. The value of ChromaFormatFactor shall be inferred equal to 1.5, indicating 4:2:0 sampling. In monochrome sampling there is only one sample array, which may nominally be considered a luma array. In 4:2:0 sampling, each of the two chroma arrays has half the height and half the width of the luma array. In 4:2:2 sampling, each of the two chroma arrays has the same height and half the width of the luma array. In 4:4:4 sampling, each of the two chroma arrays has the same height and width as the luma array.<br>Source: PDF of the accused standard<br><br>**parameter**: A *syntax element* of a *sequence parameter set* or a *picture parameter set*. Parameter is also used as part of the defined term *quantization parameter*.<br><br>Source: PDF of the accused standard<br><br>**projection**: specified correspondence between the colour samples of a *projected picture* and azimuth and elevation positions on a sphere.<br><br>**quantization parameter**: A variable used by the *decoding process* for *scaling* of *transform coefficient levels*.<br>Source: PDF of the accused standard |
| linking the required decoding parameters at | The standard discloses linking the required decoding parameters (e.g., quantization, bitrate etc.) at the input of the processing with frames (e.g., encoded video frames) of said video data to be decoded. |

| | |
|---|---|
| the input of the processing with frames of said at least one of audio and video data to be decoded; | Decoder link the decoding parameters at the input, i.e. the encoded stream, according to the bit stream used.<br>**1 What is H.264 ?**<br>H.264 is an industry standard for video compression, the process of converting digital video into a format that takes up less capacity when it is stored or transmitted. Video compression (or video coding) is an essential technology for applications such as digital television, DVD-Video, mobile TV, videoconferencing and internet video streaming. Standardising video compression makes it possible for products from different manufacturers (e.g. encoders, decoders and storage media) to inter-operate. An **encoder** converts video into a compressed format and a **decoder** converts compressed video back into an uncompressed format.<br>https://www.vcodex.com/an-overview-of-h264-advanced-video-coding/<br><br>**2 How does an H.264 codec work ?**<br>An H.264 video encoder carries out prediction, transform and encoding processes (see Figure 1) to produce a compressed H.264 bitstream. An H.264 video decoder carries out the complementary processes of decoding, inverse transform and reconstruction to produce a decoded video sequence.<br>https://www.vcodex.com/an-overview-of-h264-advanced-video-coding/ |

| | |
|---|---|
| | **2.2 Decoder processes**<br><br>**Bitstream decoding**<br><br>A video decoder receives the compressed H.264 bitstream, decodes each of the syntax elements and extracts the information described above (quantized transform coefficients, prediction information, etc). This information is then used to reverse the coding process and recreate a sequence of video images.<br><br>Rescaling and inverse transform<br><br>The quantized transform coefficients are **re-scaled**. Each coefficient is multiplied b an integer value to restore its original scale2. An inverse transform combines the standard basis patterns, eighted by the re- scaled coefficients, to re-create each block of residual data. These blocks are combined together to form a residual macroblock.<br><br>**Reconstruction**<br><br>For each macroblock, the decoder forms an identical prediction to the one created by the encoder. The decoder adds the prediction to the decoded residual to **reconstruct** a decoded macroblock which can then be displayed as part of a video frame.<br><br>https://www.vcodex.com/an-overview-of-h264-advanced-video-coding/<br><br>**decoding process**: The process specified in this Recommendation \| International Standard that reads a *bitstream* and derives *decoded pictures* from it.<br><br>**direct prediction**: An *inter prediction* for a *block* for which no *motion vector* is decoded. Two direct *prediction* modes are specified that are referred to as spatial direct *prediction* and temporal *prediction* mode.<br>Source: PDF of the accused standard |

| | |
|---|---|
| | **decoded picture**: A *decoded picture* is derived by decoding a *coded picture*. A *decoded picture* is either a decoded *frame*, or a decoded *field*. A decoded *field* is either a decoded *top field* or a decoded *bottom field*.<br><br>**decoded picture buffer (DPB)**: A buffer holding *decoded pictures* for reference, output reordering, or output delay specified for the *hypothetical reference decoder* in Annex C.<br><br>**decoder**: An embodiment of a *decoding process*.<br>Source: PDF of the accused standard<br><br>**6.2 Source, decoded, and output picture formats**<br><br>This subclause specifies the relationship between source and decoded frames and fields that is given via the bitstream.<br><br>The video source that is represented by the bitstream is a sequence of either or both frames or fields (called collectively pictures) in decoding order.<br><br>The source and decoded pictures (frames or fields) are each comprised of three sample arrays, one luma and two chroma sample arrays.<br><br>The variable ChromaFormatFactor is specified in Table 6-1, depending on the chroma format sampling structure. The value of ChromaFormatFactor shall be inferred equal to 1.5, indicating 4:2:0 sampling. In monochrome sampling there is only one sample array, which may nominally be considered a luma array. In 4:2:0 sampling, each of the two chroma arrays has half the height and half the width of the luma array. In 4:2:2 sampling, each of the two chroma arrays has the same height and half the width of the luma array. In 4:4:4 sampling, each of the two chroma arrays has the same height and width as the luma array.<br>Source: PDF of the accused standard<br><br>**parameter**: A *syntax element* of a *sequence parameter set* or a *picture parameter set*. Parameter is also used as part of the defined term *quantization parameter*.<br><br>Source: PDF of the accused standard<br><br>**projection**: specified correspondence between the colour samples of a *projected picture* and azimuth and elevation positions on a sphere.<br><br>**quantization parameter**: A variable used by the *decoding process* for *scaling* of *transform coefficient levels*.<br>Source: PDF of the accused standard |
| keeping the required decoding parameters | The standard discloses keeping the required decoding parameters (e.g., quantization, bitrate etc.) linked throughout different subsequent stages in the decoding processing, wherein in each of these stages the corresponding decoding |

| | |
|---|---|
| linked throughout different subsequent stages in the decoding processing, wherein in each of these stages the corresponding decoding parameters linked with current frame data to be processed are regarded in order to allow switching of the decoding parameters for any frame thereby avoiding decoding of invalid output data without reset. | parameters (e.g., quantization, bitrate etc.) linked with current frame data (e.g., already decoded video frames) to be processed are regarded in order to allow switching (e.g., switching from bit stream 1 to bit stream 2) of the decoding parameters (e.g., quantization, bitrate etc.) for any frame (e.g., video frame to be decoded) thereby avoiding decoding of invalid output data without reset.<br><br>The standard discloses various stages of decoding such as quantization, prediction stage, etc. and its corresponding parameters such as quantized transform coefficients, prediction information, etc. The parameters linked to the already decoded video frames are considered for switching of the decoding parameter, i.e., switching from bit stream 1 to bit stream 2 as both the streams have different encoding/decoding parameters. The switching mechanism provided by the H.264 standard avoid decoding of invalid output data by providing error resilience without any reset. If data from the bit stream 1 having first decoding parameters can't be decoded, then it switches to bit stream 2 having redundant data with second decoding parameters such as quantized transform coefficients, prediction information, etc. without any reset.<br><br>**SP slice**: A *slice* that is coded using *inter prediction* from previously-decoded *reference pictures*, using at most one *motion vector* and *reference index* to *predict* the sample values of each *block*. An SP slice can be coded such that its decoded samples can be constructed identically to another SP slice or an *SI slice*.<br>Source: PDF of the accused standard<br><br>NOTE – SP slices make use of Inter predictive coding to exploit temporal redundancy in the sequence, in a similar manner to P slice coding. Unlike P slice coding, however, SP slice coding allows identical reconstruction of a slice even when different reference pictures are being used. SI slices make use of spatial prediction, in a similar manner to I slices. SI slice coding allows identical reconstruction to a corresponding SP slice. The properties of SP and SI slices aid in providing functionalities for bitstream switching, splicing, random access, fast-forward, fast reverse, and error resilience/recovery.<br>Source: PDF of the accused standard |

| | |
|---|---|
| | **5. SP/SI Frame Design**<br><br>The H.264 standard includes new frame types that allow exact synchronization through replacing I frames. This property enables switching a decoder between representations of the video content that used different data rates (bit stream switching-splicing), recovery from data losses or errors, and support for trick modes (fast forward, fast reverse) and random access as well. SP frames make use of motion compensated predictive<br><br>https://journals.tubitak.gov.tr/elektrik/issues/elk-05-13-3/elk-13-3-1-0408-5.pdf |

| | |
|---|---|
| | The H.264 standard adopts an SP coding method that allows seamless switching between bit streams with different bit rates at predictive frames. The general scenario is given in Figure 6 [22]. At time t, S1 and S2 are at a switching point provided for switching from Bitstream 1 to Bitstream 2 and vice versa. S1, S2 and S12 are compressed as SP frame with a slight difference. Due to this difference, S1 and S2 are referred to as primary SP frames whereas S12 as secondary SP frame [20]. Assume that Bitstream 1 is being transmitted to the user. When there is a switch to Bitstream 2, instead of S1, S12 is transmitted at time t. By decoding S12, the decoder can obtain exactly the same reference as the one obtained by decoding S2 at time t.   **Figure 6.** Switching from Bitstream 1 to Bitstream 2 through SP frames [22]. Therefore, it can continue with decoding Bitstream 2 at time t+1 seamlessly. This property of switching frames allows convenience while switching between streams. However, there are some potential https://journals.tubitak.gov.tr/elektrik/issues/elk-05-13-3/elk-13-3-1-0408-5.pdf |

| | |
|---|---|
| | **inter coding**: Coding of a *block*, *macroblock*, *slice*, or *picture* that uses *inter prediction*.<br><br>**inter prediction**: A *prediction* derived from decoded samples of *reference pictures* other than the current *decoded picture*.<br><br>**intra coding**: Coding of a *block*, *macroblock*, *slice*, or *picture* that uses *intra prediction*.<br><br>**intra prediction**: A *prediction* derived from the decoded samples of the same *decoded slice*.<br><br>**intra slice**: See I slice.<br><br>**inverse transform**: A part of the *decoding process* by which a set of *transform coefficients* are converted into spatial-domain values, or by which a set of *transform coefficients* are converted into *DC transform coefficients*.<br><br>Source: PDF of the accused standard |

| | Error resilience using redundant slices<br>• The standard supports redundant slices, i.e. the code stream contains the same data coded several times. If some of the primary data can't be decoded, redundant data can then be decoded, otherwise the redundant data is ignored.<br>• If SP/SI slices are used, the redundant data will be exactly the same as the primary data.<br>http://www.bk.isy.liu.se/courses/tsbk35/material/h264.pdf<br>**2 How does an H.264 codec work ?**<br>An H.264 video encoder carries out prediction, transform and encoding processes (see Figure 1) to produce a compressed H.264 bitstream. An H.264 video decoder carries out the complementary processes of decoding, inverse transform and reconstruction to produce a decoded video sequence.<br>https://www.vcodex.com/an-overview-of-h264-advanced-video-coding/ |
|---|---|

| | **2.2 Decoder processes**<br><br>**Bitstream decoding**<br><br>A video decoder receives the compressed H.264 bitstream, decodes each of the syntax elements and extracts the information described above (quantized transform coefficients, prediction information, etc). This information is then used to reverse the coding process and recreate a sequence of video images.<br><br>Rescaling and inverse transform<br><br>The quantized transform coefficients are **re-scaled**. Each coefficient is multiplied b an integer value to restore its original scale2. An inverse transform combines the standard basis patterns, eighted by the re- scaled coefficients, to re-create each block of residual data. These blocks are combined together to form a residual macroblock.<br><br>**Reconstruction**<br><br>For each macroblock, the decoder forms an identical prediction to the one created by the encoder. The decoder adds the prediction to the decoded residual to **reconstruct** a decoded macroblock which can then be displayed as part of a video frame.<br><br>https://www.vcodex.com/an-overview-of-h264-advanced-video-coding/<br>**decoding process**: The process specified in this Recommendation \| International Standard that reads a *bitstream* and derives *decoded pictures* from it.<br><br>**direct prediction**: An *inter prediction* for a *block* for which no *motion vector* is decoded. Two direct *prediction* modes are specified that are referred to as spatial direct *prediction* and temporal *prediction* mode.<br>Source: PDF of the accused standard |
|---|---|

| | |
|---|---|
| | **decoded picture**: A *decoded picture* is derived by decoding a *coded picture*. A *decoded picture* is either a decoded *frame*, or a decoded *field*. A decoded *field* is either a decoded *top field* or a decoded *bottom field*.<br><br>**decoded picture buffer (DPB)**: A buffer holding *decoded pictures* for reference, output reordering, or output delay specified for the *hypothetical reference decoder* in Annex C.<br><br>**decoder**: An embodiment of a *decoding process*.<br><br>Source: PDF of the accused standard<br><br>**6.2 Source, decoded, and output picture formats**<br><br>This subclause specifies the relationship between source and decoded frames and fields that is given via the bitstream.<br><br>The video source that is represented by the bitstream is a sequence of either or both frames or fields (called collectively pictures) in decoding order.<br><br>The source and decoded pictures (frames or fields) are each comprised of three sample arrays, one luma and two chroma sample arrays.<br><br>The variable ChromaFormatFactor is specified in Table 6-1, depending on the chroma format sampling structure. The value of ChromaFormatFactor shall be inferred equal to 1.5, indicating 4:2:0 sampling. In monochrome sampling there is only one sample array, which may nominally be considered a luma array. In 4:2:0 sampling, each of the two chroma arrays has half the height and half the width of the luma array. In 4:2:2 sampling, each of the two chroma arrays has the same height and half the width of the luma array. In 4:4:4 sampling, each of the two chroma arrays has the same height and width as the luma array.<br><br>Source: PDF of the accused standard<br><br>**parameter**: A *syntax element* of a *sequence parameter set* or a *picture parameter set*. Parameter is also used as part of the defined term *quantization parameter*.<br><br>Source: PDF of the accused standard<br><br>**projection**: specified correspondence between the colour samples of a *projected picture* and azimuth and elevation positions on a sphere.<br><br>**quantization parameter**: A variable used by the *decoding process* for *scaling* of *transform coefficient levels*.<br><br>Source: PDF of the accused standard |